IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **MARVIN MABRY, et al.**<br><br>**Plaintiff,**<br><br>v.<br><br>**DIRECTV, LLC, et al.,**<br><br>**Defendants.** | Case No. 3:14-cv-00698-JGH |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO STAY CASE**

NOW ON THIS ___23rd__ day of January, 2015, the Court takes up Plaintiffs' Unopposed Motion for Extension of Time and to Stay Case. Having been fully advised in the premises, the Court hereby rules as follows:

1. All current deadlines are hereby vacated and the case is hereby stayed until the sooner of (a) March 1, 2015, or (b) the date the Joint Panel on Multidistrict Litigation ("JPML") rules on the now-pending motion for consolidation and transfer.

2. The parties shall file a joint written Status Report regarding action taken by the JPML on the Motion for Consolidation and Transfer within five (5) days following such ruling by the panel.

3. Plaintiff shall respond to the now pending motions to dismiss on or before fifteen (15) days after the stay is lifted, but no later than March 16, 2015.